### Michael Lee MCKELLY, Plaintiff–Appellant,

v.

### GOERTZEN, Fresno Police Sergeant; et al., Defendants–Appellees.

No. 02–16150.

D.C. No. CV–99–06766–AKI(SMS).

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.[*]

Decided Jan. 17, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

### MEMORANDUM[**]

California state prisoner Michael Lee McKelly appeals pro se the district court's entry of judgment following a jury verdict

ingly, appellant's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

for defendants in his 42 U.S.C. § 1983 action alleging excessive force during his 1999 arrest. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We affirm the district court's judgment because neither of the rules McKelly cites on appeal would establish a basis for reversal in any event due to jury misconduct. *See* Fed.R.Civ.P. 403 and 609.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.